147 A.3d 406

**SHAPARD**

v.

**KEITHAN**

**Pet. Docket No. 229, Sept. Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

(No. 18-C-15-001271, Circuit Court for St. Mary's County). Petition for writ of certiorari denied.

■

147 A.3d 406

**SHEARD, Jahwil Tamad**

v.

**STATE of Maryland**

**Pet. Docket No. 217, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 2801, Sept. Term, 2014).

Petition for writ of certiorari denied.